United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARCO OROZCO,<br>Plaintiff,<br>v.<br>SHELLPOINT MORTGAGE SERVICING, et al.,<br>Defendants. | Case No. 25-cv-10279-PCP<br><br>**ORDER DISMISSING CASE** |

Pro se plaintiff Marco Orozco filed this action against defendants Shellpoint Mortgage Servicing, NewRez LLC, Quality Loan Service Corporation, and VMC REO, LLC, alleging that they conducted an unlawful foreclosure sale of Mr. Orozco's home in violation of the Real Estate Settlement Procedures Act (RESPA), 12 U.S.C. § 2605; the Truth in Lending Act (TILA), 15 U.S.C. § 1601 et seq.; and unspecified "California foreclosure statutes." Concurrent with his complaint, Mr. Orozco filed an application to proceed in forma pauperis, i.e., without paying the otherwise mandatory filing fee to initiate a lawsuit. The Court granted that application and, pursuant to 28 U.S.C § 1915(e)(2), screened Mr. Orozco's complaint. *See* Dkt. No. 25. As the Court explained in that order, Mr. Orozco's complaint failed to state a federal claim for relief and the Court would not exercise supplemental jurisdiction over the remaining state-law claims absent a valid federal claim. The Court therefore dismissed the case with leave to amend. The Court instructed Mr. Orozco that, if he failed to file an amended complaint by June 15, 2026, the Court would dismiss his federal claims with prejudice and his state claims without prejudice.

Although the Court granted Mr. Orozco leave to amend, Mr. Orozco has not filed an amended complaint. For the reasons set forth in the Court's previous order, the Court dismisses his

RESPA and TILA claims with prejudice for failure to state a claim pursuant to 28 U.S.C § 1915(e)(2) and dismisses his state-law claims without prejudice.

**IT IS SO ORDERED.**

Dated: July 20, 2026

P. Casey Pitts
United States District Judge